## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08CV4204     Assigned/Issued By: J. N.

Judge Name:     Designated Magistrate Judge:

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____     Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____     Receipt #: _____

Date Payment Rec'd: _____     Fiscal Clerk: _____

---

**ISSUANCES**

☑ Summons     ☐ Alias Summons
☐ Third Party Summons     ☐ Lis Pendens
☐ Non Wage Garnishment Summons     ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons     _____
                                          _____
                                          *(Victim, Against and $ Amount)*
☐ Citation to Discover Assets     ☐ Other
☐ Writ _____     _____
    *(Type of Writ)*         _____
                             *(Type of issuance)*

4  Original and  0  copies on  7-25-08  as to  All defendants
                            *(Date)*