IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAUGH, )<br> )<br>       Plaintiff, )<br> )<br>v. )<br> )<br>CUPRUM S.A. de C.V., LOUISVILLE )<br>LADDER, INC., f/k/a LOUISVILLE )<br>LADDER GROUP, LLC. AND )<br>VERZATEC, S.A.B. de C.V., AND )<br>IMSATEC, S.A.B. de C.V. )<br> )<br>       Defendants. ) | NO.  08 CV 4204<br><br>Hon. David H. Coar |

### MOTION TO APPOINT
### INTERNATIONAL SPECIAL PROCESS SERVER

Now comes the Plaintiff, John Baugh, by and through his attorney, Junie L. Sinson of Sinson & Sinson, Ltd., and states as follows:

1. On July 24, 2008, a Complaint at Law was filed in this matter against the Defendants, Cuprum, S.A. de C.V., Louisville Ladder, Inc. f/k/a Louisville Ladder Group, LLC, Verzatec, S.A.B. de C.V. and Imsatec, S.A.B. de C.V.

2. Three of the above listed Defendants, Cuprum, S.A. de C.V., Verzatec, S.A.B. de C.V. and Imsatec, S.A.B. de C.V. are corporations with their principal place of business and agents in Mexico.

3. The Plaintiff moves this Court to appoint and order service of process by APS International, Ltd., including its designated agents, none of whom are a party to this action, and who are over 18 years of age, for the service of process in Mexico.

4. The appointment of the International Special Process Server will facilitate the administration of justice.

SINSON & SINSON, LTD.

/s/ Junie L. Sinson
Plaintiff by Junie L. Sinson

Junie L. Sinson
Sinson & Sinson, Ltd.
205 W. Wacker Drive
Suite 1600
Chicago, IL 60606
(312) 332-2107
and
330 Naperville Road
Suite 405
Wheaton, IL 60187
(630) 871-8360

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAUGH,<br><br>   Plaintiff,<br><br>v.<br><br>CUPRUM S.A. de C.V., LOUISVILLE<br>LADDER, INC., f/k/a LOUISVILLE<br>LADDER GROUP, LLC. AND<br>VERZATEC, S.A.B. de C.V., AND<br>IMSATEC, S.A.B. de C.V.<br><br>   Defendants. | NO.  08 CV 4204<br><br>Hon. David H. Coar |

## ORDER APPOINTING
## INTERNATIONAL SPECIAL PROCESS SERVER

Pursuant to the Motion of the Plaintiff, John Baugh, to appoint an International Special Process Server, due notice hereof having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the Defendants, Cuprum, S.A. de C.V.; Verzatec, S.A.B. de C.V.; and Imsatec, S.A.B. de C.V., in Mexico.

2. Service shall be effectuated according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court, if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

ENTERED this _____ day of _____, 2008

_____
Judge