IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAUGH, | ) |
| Plaintiff, | ) |
| v. | ) NO. 08 CV 4204 |
| CUPRUM S.A. de C.V., LOUISVILLE LADDER, INC., f/k/a LOUISVILLE LADDER GROUP, LLC. AND VERZATEC, S.A.B. de C.V., AND IMSATEC, S.A.B. de C.V. | ) Hon. David H. Coar |
| Defendants. | ) |

## NOTICE OF MOTION

To:   No Defendant Attorney has appeared as of this date.

On **August 11, 2008 at 9:00 a.m.**, I shall appear before the **Honorable David H. Coar** or any Judge sitting in his stead, at the U.S. District Court, 219 S. Dearborn, Room 1419, Chicago, IL and then and there present **Plaintiff's Motion To Appoint International Special Process Server,** a copy of which is hereby served on you.

SINSON & SINSON, LTD.

/s/Junie L. Sinson
Attorney for the Plaintiff

Junie L. Sinson
SINSON & SINSON, LTD.
205 W. Wacker Drive
Suite 1600
Chicago, IL 60606
(312) 332-2107

SINSON & SINSON, LTD.
ATTORNEYS AT LAW
CHICAGO
WHEATON

## CERTIFICATE OF SERVICE

    I, Junie L. Sinson, an attorney, certify that I served the foregoing Notice of Motion and Certificate of Service and Plaintiff's Motion To Appoint International Special Process Server, to those attorneys, whose names and addresses appear on this Notice, by sending a copy of same via CM/ECF this 30th day of July, 2008. As of this date, no Defendant attorney has appeared in the matter.

/s/ Junie L. Sinson
Junie L. Sinson

SINSON & SINSON, LTD.
ATTORNEYS AT LAW
CHICAGO
WHEATON