UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

John Baugh
          Plaintiff,

v.                  Case No.: 1:08−cv−04204
                  Honorable David H. Coar

Cuprum S.A. De C.V., et al.
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 4, 2008:

   MINUTE entry before the Honorable David H. Coar:Plaintiff has moved this court to appoint a process server and to order service on certain Defendants in Mexico [6]. This court is unfamiliar with the procedure underlying such relief and directs the Plaintiff to supplement (by 8/13/08) its motion [6] to explain why the relief sought is necessary and appropriate under the Federal Rules. The motion [6] is continued to 8/19/08 at 9:00 a.m.Mailed notice(tlp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.