IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAUGH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. 08 CV 4204 |
| ) | |
| CUPRUM S.A. de C.V., LOUISVILLE ) | |
| LADDER, INC., f/k/a LOUISVILLE ) | Hon. David H. Coar |
| LADDER GROUP, LLC. AND ) | |
| VERZATEC, S.A.B. de C.V., AND ) | |
| IMSATEC, S.A.B. de C.V. ) | |
| ) | |
| Defendants. ) | |

## AMENDED
## NOTICE OF MOTION

To:   No Defendant Attorney has appeared as of this date.

On **August 19, 2008 at 9:00 a.m.**, I shall appear before the **Honorable David H. Coar** or any Judge sitting in his stead, at the U.S. District Court, 219 S. Dearborn, Room 1419, Chicago, IL and then and there present **Plaintiff's Amended Motion To Appoint International Special Process Server,** a copy of which is hereby served on you.

SINSON & SINSON, LTD.

/s/Junie L. Sinson
Attorney for the Plaintiff

Junie L. Sinson
SINSON & SINSON, LTD.
205 W. Wacker Drive
Suite 1600
Chicago, IL 60606
(312) 332-2107

SINSON & SINSON, LTD.
ATTORNEYS AT LAW
CHICAGO
WHEATON

## CERTIFICATE OF SERVICE

    I, Junie L. Sinson, an attorney, certify that I served the foregoing Notice of Motion and Certificate of Service and Plaintiff's Amended Motion To Appoint International Special Process Server, to those attorneys, whose names and addresses appear on this Notice, by sending a copy of same via CM/ECF this 13th day of August, 2008. As of this date, no Defendant attorney has appeared in the matter.

                                                 /s/ Junie L. Sinson_____
                                                 Junie L. Sinson

SINSON & SINSON, LTD.
ATTORNEYS AT LAW
CHICAGO
WHEATON