IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BAUGH,<br><br>    Plaintiff,<br><br>v.<br><br>CUPRUM S.A. de C.V., LOUISVILLE LADDER, INC., f/k/a LOUISVILLE LADDER GROUP, LLC. AND VERZATEC, S.A.B. de C.V., AND IMSATEC, S.A.B. de C.V.<br><br>    Defendants. | NO.  08 CV 4204<br><br>Hon. David H. Coar |

## ORDER APPOINTING
## INTERNATIONAL SPECIAL PROCESS SERVER

Pursuant to the Motion of the Plaintiff, John Baugh, to appoint an International Special Process Server, due notice hereof having been given, and the Court being fully advised in the premises,

IT IS HEREBY ORDERED:

1. That APS International, Ltd., including its designated agents, is appointed and authorized to effect service of process on the Defendants, Cuprum, S.A. de C.V.; Verzatec, S.A.B. de C.V.; and Imsatec, S.A.B. de C.V., in Mexico.

2. Service shall be effectuated according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court, if not otherwise prohibited by international agreement or the laws of the foreign country, and in a manner reasonably calculated to give notice.

SINSON & SINSON, LTD.
ATTORNEYS AT LAW
CHICAGO
WHEATON

3. That the Clerk of this Court is directed and authorized to provide a certified Summons with appropriate raised seal as to each Defendant.

ENTERED this _____ day of _____, 2008

_____
Judge

SINSON & SINSON, LTD.
ATTORNEYS AT LAW
CHICAGO
WHEATON