

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | David H. Coar | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 4204 | **DATE** | 8/19/2008 |
| **CASE TITLE** | BAUGH vs. CUPRUM S.A. de C.V., et al | | |

**DOCKET ENTRY TEXT**

Enter order appointing international special process server.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TP |
|---|---|---|