# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                    Case Number: 08 CV 4204

JOHN BAUGH,    Plaintiff,
vs.
CUPRUM S.A. de C.V., LOUISVILLE LADDER, INC. f/k/a
LOUISVILLE LADDER GROUP, LLC and VERZATEC,
S.A.B. de C.V. and IMSATEC, S.A.B. de C.V., Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant, Louisville Ladder Inc.

| | |
|---|---|
| NAME (Type or print) <br> Meghan M. Sciortino | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Meghan M. Sciortino | |
| FIRM <br> Johnson & Bell, Ltd. | |
| STREET ADDRESS <br> 33 West Monroe Street    Suite 2700 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6287341 | TELEPHONE NUMBER <br> (312) 372-0770 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES ☐    NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |