## United States District Court for the Northern District of Illinois
Revised 03/11/2008

Case Number: 08cv4204   Assigned/Issued By: j. n.

Judge Name:   Designated Magistrate Judge:

---

### FEE INFORMATION

*Amount Due:*  ☐ $350.00   ☐ $39.00   ☐ $5.00
☐ IFP   ☐ No Fee   ☐ Other _____
☐ $455.00

Number of Service Copies _____   Date: _____

*(For use by Fiscal Department Only)*

Amount Paid: _____   Receipt #: _____

Date Payment Rec'd: _____   Fiscal Clerk: _____

---

### ISSUANCES

☐ Summons   ☑ Alias Summons
☐ Third Party Summons   ☐ Lis Pendens
☐ Non Wage Garnishment Summons   ☐ Abstract of Judgment
☐ Wage-Deduction Garnishment Summons   
_____
_____
*(Victim, Against and $ Amount)*
☐ Citation to Discover Assets   ☐ Other
☐ Writ _____   _____
*(Type of Writ)*   _____
*(Type of issuance)*

3 Original and 3 copies on 8-28-08 as to cuprum, s.a. de c.v.;
*(Date)*
imsatec, s.a.b. de c.v.; verzatec, s.a.b. de c.v.